No. 20-5179

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

GULF RESTORATION NETWORK, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY,

*Plaintiffs-Appellants,*

v.

DAVID BERNHARDT, in his official capacity as Secretary of Interior; CASEY HAMMOND, in his official capacity as the Acting Assistant Secretary of Land and Minerals Management; U.S. DEPARTMENT OF INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT,

*Defendants-Appellees,*

and

AMERICAN PETROLEUM INSTITUTE and CHEVRON USA, INC.,

*Intervenor Defendants-Appellees.*

On Appeal from the United States District Court
For the District of Columbia
No. 1:18-cv-01674
Honorable Reggie B. Walton, U.S. District Court Judge

**PLAINTIFFS-APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to this Court's Order (Document #1822373), Plaintiffs-Appellants Gulf Restoration Network, Sierra Club, and Center for Biological Diversity submit the following certificate of counsel, under Cir. R. 28(1)(1).

## A. Parties

The parties who appeared before the district court are:

1. *Plaintiffs*: Gulf Restoration Network, Sierra Club, and Center for Biological Diversity.

2. *Defendants*: David Bernhardt, in his official capacity as Secretary of Interior; Casey Hammond, in his official capacity as for the Acting Assistant Secretary of Land and Minerals Management; U.S. Department Of Interior; Bureau Of Ocean Energy Management.

3. *Intervenor*: American Petroleum Institute and Chevron U.S.A. Inc.

## B. Rulings Under Review

The rulings under review are the Order and the Memorandum Opinion entered by the United States District Court for the District of Columbia (Hon. Reggie B. Walton) on April 21, 2020, in case no. 1:18-cv-1674-RBW. The Memorandum Opinion is reported as *Gulf Restoration Network v. Bernhardt,* __ F. Supp. 3d __, 2020 WL 1930470 (D.D.C. Apr. 21, 2020).

## C. Related Cases

To the best of counsel's knowledge, no related cases are pending in this Court. A related case is pending, however, in the United States District Court for the District of Columbia entitled *Healthy Gulf et al., v. David Bernhardt et al.*, Civ. No. 19-cv-707 (RBW) (D.D.C. filed Mar. 13, 2019).

DATED:   August 20, 2020

Respectfully submitted,

*/s/* Brettny Hardy
Brettny Hardy (CADC Bar No. 625354)
EARTHJUSTICE
50 California St., Suite 500
San Francisco, CA 94111
415-217-2000 Telephone
415-217-2040 Fax
bhardy@earthjustice.org

Stephen D. Mashuda (CADC Bar No. 60505)
Christopher D. Eaton (CADC Bar No. 60490)
EARTHJUSTICE
810 Third Ave., Suite 610
Seattle, WA 98104
206-343-7340 Telephone
206-343-1526 Fax
smashuda@earthjustice.org
ceaton@earthjustice.org

*Attorneys for Plaintiffs Gulf Restoration Network, Sierra Club, and Center for Biological Diversity*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to the Court's Order and Federal Rule of Appellate Proc. 26.1 and D.C. Cir. R. 26.1 and 28(a), the Appellants respectfully submit the following corporate disclosure statement: Gulf Restoration Network, Sierra Club, and Center for Biological Diversity have no parent corporation, nor does any person or corporate entity own ten percent or more of the association.

DATED:     August 20, 2020

    Respectfully submitted,

    */s/* Brettny Hardy
    Brettny Hardy (CADC Bar No. 625354)
    EARTHJUSTICE
    50 California St., Suite 500
    San Francisco, CA 94111
    415-217-2000 Telephone
    415-217-2040 Fax
    bhardy@earthjustice.org

    Stephen D. Mashuda (CADC Bar No. 60505)
    Christopher D. Eaton (CADC Bar No. 60490)
    EARTHJUSTICE
    810 Third Ave., Suite 610
    Seattle, WA 98104
    206-343-7340 Telephone
    206-343-1526 Fax
    smashuda@earthjustice.org
    ceaton@earthjustice.org

    *Attorneys for Plaintiffs Gulf Restoration Network, Sierra Club, and Center for Biological Diversity*